# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTWYNE WHALEY              v.              KOHL'S DEPARTMENT STORES et al. | CIVIL ACTION            NO. 22-1041 |
|---|---|

### ORDER RE: DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 18th day of May, 2022, for the reasons in the foregoing Memorandum and after careful consideration of Defendants Kohl's, Inc., Karen Byard, and Joan Buckley's Motion to Dismiss (ECF 3) and Plaintiff Antwyne Whaley's Response (ECF 6), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 22\22-1041 Whaley v. Kohl's\22cv1041 Order re MtD.docx